

# Fourth Court of Appeals
## San Antonio, Texas

August 19, 2016

No. 04-16-00266-CV

David Allan **EDWARDS**,
Appellant

v.

**SHERIFF OF ATASCOSA COUNTY**, Et al.,
Appellees

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 12-02-0185-CVA
Honorable Russell H. Wilson, Judge Presiding

# O R D E R

Sitting:      Patricia O. Alvarez, Justice
                 Luz Elena D. Chapa, Justice
                 Jason Pulliam, Justice

The panel has considered Appellant's motion for rehearing; the motion is DENIED. *See* TEX. R. APP. P. 49.3.

It is so **ORDERED** on August 19, 2016.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court